UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. OLGA BEREGOVSKAYA,<br><br>　　　　Defendant. | Case No. 1:21-cv-01451-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 10) |

　　　Plaintiff James Henry Anderson is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On December 3, the Court screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 10.) Plaintiff has not responded to the Court's order and the time to do so has expired. Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff's failure to comply with this order will result a recommendation to dismiss the action for failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated:  **January 11, 2022**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1